# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN LEE REN,<br><br>       Plaintiff,<br><br> vs.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant | Case No.:  2:10-cv-02101 MAT<br><br><br>ORDER FOR REVISION OF BRIEFING SCHEDULE<br><br>*Clerk's Action Required*<br>*Noted for 4/7/2011* |

## **ORDER**

Based upon plaintiff's counsel's declaration and motion, it is hereby Ordered that the briefing schedule is amended to the dates set forth below based upon good cause:

Opening Brief (currently due 4/6/11) : new due date – 4/13/11

Responsive Brief (currently due 5/4/11): new due date – 5/11/11

Reply Brief -(currently due by 5/18/11): new due date – 5/25/11

Dated this <u>7th</u> day of April, 2011.

                 _____
                 Mary Alice Theiler
                 United States Magistrate Judge

ORDER re: Briefing Schedule Revision-page 1

Rosemary B. Schurman, WSBA 11451
Attorney at Law
8123NE 115 Way
Kirkland, WA 98034
425-821-8577/fax 425-821-5714

Presented by:
s/Rosemary B. Schurman
Rosemary B. Schurman, WSBA 11451
Attorney for Plaintiff
Agreed for Entry:
s/Rosemary B. Schurman (signed per authorization)
Liva Jamala Edwards
Special Assistant US Attorney, OGC, SSA
Attorney for Defendant

ORDER re: Briefing Schedule Revision-page 2

**Rosemary B. Schurman, WSBA 11451**
**Attorney at Law**
**8123NE 115 Way**
**Kirkland, WA 98034**
**425-821-8577/fax 425-821-5714**