UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| BRIAN LEE REN,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No.  C10-2101-MAT<br><br><br>[~~PROPOSED~~] ORDER AMENDING THE SCHEDULING ORDER |

     Based upon the motion by Defendant, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before June 15, 2011; and

- Plaintiff shall file the optional Reply Brief on or before June 29, 2011.

This is the parties' 2nd stipulated request for extension of time.  No further extensions will be granted absent extraordinary circumstances.

Page 1     ORDER – [C10-2101-MAT]

DATED this 16th day of May, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented By:

s/ L. Jamala Edwards
L. JAMALA EDWARDS
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington 98104-7075
Telephone:  (206) 615-3749
Fax:  (206) 615-2531
jamala.edwards@ssa.gov